## PENALTY PAGE

**CASE STYLE:** UNITED STATES v. RICHARD ROBINSON

**DEFENDANT:** RICHARD ROBINSON (ALL COUNTS)

**USAO NUMBER:** 15R00119

**AUSA:** MARIA E. MURPHY

**CODE VIOLATIONS:**

**COUNT 1-14:** 18 USC § 1708 – Possession of Stolen Mail Matter

**PENALTIES:**

**COUNT 1-14:** 5 yrs./$250,000 fine/3 yrs. SRT/$100 SA